IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:25-cr-284-MOC |
| | ) | |
| v. | ) | **FACTUAL BASIS** |
| | ) | |
| KWABENA OKYERE ADUSEI, | ) | |
| Defendant | ) | |
| | ) | |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the plea agreement filed simultaneously in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender pursuant to the plea agreement, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

At all times material to the Bill of Information:

1. Defendant KWABENA OKYERE ADUSEI (AUDESI), was employed by Bank No. 1 as a customer service representative in Charlotte, North Carolina. ADUSEI was also a Sergeant (E-5) in the North Carolina Army National Guard.

2. Bank No. 1 was a financial institution as defined in Title 18, United States Code, Section 20, the accounts and deposits of which were insured by the Federal Deposit Insurance Corporation ("FDIC").

3. ADUSEI was eligible for a program in which regular, fixed term, and flexible employees were allowed paid leave from Bank No. 1 for military duty, including "Military Reserve activities and Military Leave lasting 30 consecutive days or less." Eligible employees such as ADUSEI would receive their regular Bank No. 1 pay "through the duration of

any required military duty time away that falls during [the employee's] regularly scheduled workdays." In order to receive such pay from Bank No. 1, eligible employees were required to Bank No. 1 "validating" their military duty. ADUSEI emailed falsified military orders to his managers, many purporting to show he had been ordered to active duty to help with COVID-19 vaccinations and other duties.

4. Beginning in and around March 1, 2021, and continuing until on or about July 23, 2024, ADUSEI submitted forged and altered military orders to Bank No. 1 for paid leave when in fact he was not on military duty, for which he received approximately $104,000 in unearned compensation.

5. In truth and in fact, ADUSEI was not serving on miliary duty. In order to receive pay from Bank No. 1 for certain dates while not working, ADUSEI altered the dates on previously issued military orders to reflect those dates, which altered military orders he submitted to his Bank No. 1 supervisor. ADUSEI also falsely entered that he was on military leave into Bank No. 1's time and attendance application.

6. ADUSEI acted willfully and with the intent to defraud Bank No. 1 of its money, funds, and credits in the form of unearned compensation.

7. ADUSEI acted intentionally and knowingly and not by accident or mistake.

RUSS FERGUSON
UNITED STATES ATTORNEY

_____   DATED: 9/25/2025
Michael E. Savage
Assistant United States Attorney

Defendant's Counsel's Signature and Acknowledgment

I have read this Factual Basis, the Bill of Information, and the plea agreement in this case, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis, the Bill of Information, and the plea agreement. I hereby certify that the defendant does not dispute this Factual Basis.

_____   DATED: 09/25/2025
Taylor Goodnight, Attorney for Defendant